```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 3 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION

      -v.-                              13 CRIM 540

ANTHONY GUGLIELMO,                :

              Defendant.       :

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. From at least in or about 2009, up to and including in or about 2010, in the Southern District of New York and elsewhere, ANTHONY GUGLIELMO, the defendant, together with others known and unknown, willfully and knowingly did conspire to defraud the United States, and an agency thereof, to wit, the lawful government functions of the Occupational Safety and Health Administration ("OSHA"), an agency of the United States Department of Labor, in the administration of regulations, policies, and programs intended to promote occupational safety and health, in particular, the administration of OSHA construction industry outreach training, qualification, and certification.

## OVERT ACT

2. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

JUDGE FAILLA

        a.    In or about 2009, ANTHONY GUGLIELMO, the defendant, falsely certified to OSHA that certain construction workers had received OSHA construction safety training, and then provided fraudulently-issued OSHA training certifications to a contractor at a jobsite in Manhattan.

(Title 18, United States Code, Section 371.)

*Fred Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**ANTHONY GUGLIELMO,**

Defendant.

### INFORMATION

13 Cr.

(18 U.S.C. § 371.)

<u>PREET BHARARA</u>
United States Attorney.